AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### Northern District of California

Ariel J. Fulcher,

       Plaintiff (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

V.

Olan Mills, Inc.

CASE NUMBER: 3:11-cv-01821 EDL

       Defendant (s),

Notice is hereby given that, subject to approval by the court, __Defendant Olan Mills, Inc.__ substitutes
                          (Party (s) Name)

__Jennifer B. Robinson (Littler Mendelson, P.C.)__, State Bar No. __148333__ as counsel of record in
(Name of New Attorney)

place of __Jennifer B. Robinson and Tara L. Presnell (Miller & Martin PLLC).__
          (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Jennifer B. Robinson |
| Address: | 3200 W. End Avenue, Suite 500, Nashville, TN 37203 |
| Telephone: | 615.383.3033  Facsimile 615.383.3323 |
| E-Mail (Optional): | JenRobinson@littler.com |

I consent to the above substitution.

Date: April 29, 2011

*[signature: Laura H. Carden]*
Laura H. Carden, Sr VP - Chief Financial Officer
(Signature of Party (s))
Defendant Olan Mills, Inc.

I consent to being substituted.

Date: April 29, 2011

*[signature: Jennifer Robinson]*
(Signature of Former Attorney (s))
Jennifer B. Robinson
Miller & Martin PLLC

I consent to the above substitution.
Date: April 29, 2011

*[signature: Jennifer Robinson]*
(Signature of New Attorney)
Jennifer B. Robinson
Littler Mendelson, P.C.

The substitution of attorney is hereby approved and so ORDERED.

Date: May 5, 2011

*[signature: Elizabeth D. Laporte]*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com