# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIEL J. FULCHER, an individual, on behalf of himself and all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OLAN MILLS, INC.; and Does 1 through 50,<br><br>Defendant | Case No. **CV 11-1821 EDL**<br>(Class Action)<br><br>**[PROPOSED]** ORDER GRANTING STIPULATION FOR LEAVE FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT<br><br>Mag. Judge: Hon. Elizabeth D. Laporte<br><br>Complaint Filed: February 22, 2011 |

1  The Court has reviewed the Parties' Stipulation for Leave for Plaintiff to File a
2  First Amended Complaint.
3  Good cause appearing therefore, it is hereby ordered that the Stipulation is
4  granted, Plaintiff shall have leave to file the First Amended Complaint and Defendant
5  shall have thirty (30) days after the filing to file a responsive pleading.
6
7  PURSUANT TO STIPULATION, IT IS SO ORDERED,
8
9  DATED: __June 6___, 2011
   
10  _____
    HONORABLE Elizabeth D. Laporte
    United States Magistrate Judge