JENNIFER B. ROBINSON, Bar No. 148333
LITTLER MENDELSON
A Professional Corporation
3200 West End Ave., Suite 500
Nashville, TN  37203
Telephone:    615.383.3033
Facsimile:     615.383.3323
E-mail:  jenrobinson@littler.com

Attorneys for Defendant
OLAN MILLS, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIEL J. FULCHER, an individual, on behalf of himself and all persons similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> OLAN MILLS, INC.; and Does I through 50, <br><br> Defendants. | Case No.: 3:11-cv-01821-EDL <br> (Class Action) <br><br> JOINT STIPULATION OF THE PARTIES TO EXTEND DISCOVERY AND CASE MANAGEMENT DEADLINES <br> **AS MODIFIED** <br> Mag. Judge: Hon. Elizabeth D. Laporte |

Defendant OLAN MILLS, INC. ("Olan Mills") and Plaintiffs (ARIEL J. FULCHER, et al.), respectfully request an order extending deadlines in the Court's April 14, 2011, case management order (*See* Docket No. 2) by sixty (60) days.

Defendant's counsel has conferred with Plaintiffs' counsel, who has no objection to the Court entering an order thereon, as evidenced by the Plaintiff's electronic signature herein.

In support of their stipulation to extend the deadlines, and pursuant to Civil L.R. 6-2, Defendant files herewith the declaration of Jennifer B. Robinson, attorney for Olan Mills.

WHEREFORE, Defendant and Plaintiffs respectfully request that the deadlines be extended by sixty (60) days as follows:

Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan shall be changed from July 5, 2011 to September 2, 2011;

Last day to file ADR Certification signed by Parties and Counsel shall be changed from July 5, 2011 to September 2, 2011;

Last day to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be changed from July 5, 2011 to September 2, 2011;

Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement shall be changed from July 19, 2011 to September 16, 2011;

INITIAL CASE MANAGEMENT CONFERENCE shall be changed from July 26, 2011 to September 23, 2011, or as soon thereafter as the Court has availability.

|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     | Respectfully submitted, |
| 3   |     |     |
| 4   |     |     |
| 5   |     | LITTLER MENDELSON, P.C. |
| 6   |     |     |
| 7   | DATED: June 29, 2011 | By: s/ Jennifer B. Robinson |
| 8   |     | JENNIFER B. ROBINSON<br>Attorneys for Defendant,<br>OLAN MILLS, INC. |
| 9   |     |     |
| 10  |     |     |
| 11  |     |     |
| 12  |     | BLUMENTAHL NORDREHAUG & BHOWMIK |
| 13  |     |     |
| 14  |     |     |
| 15  | DATED: June 29, 2011 | By: s/ Kyle Nordrehaug |
| 16  |     | Norman Blumenthal<br>Kyle Nordrehaug<br>Aparajit Bhomik<br>Ruchira Piya Mukherjee<br>Attorneys for Plaintiffs,<br>ARIEL FULCHER, et al. |
| 17  |     |     |
| 18  |     |     |

- 3 -

JOINT STIPULATION OF THE PARTIES TO EXTEND DISCOVERY AND CASE
MANAGEMENT DEADLINES (CV 11-1821 EDL)

```
1  JENNIFER B. ROBINSON, Bar No. 148333
   LITTLER MENDELSON
2  A Professional Corporation
   3200 West End Ave., Suite 500
3  Nashville, TN  37203
   Telephone:    615.383.3033
4  Facsimile:    615.383.3323
   E-mail:  jenrobinson@littler.com
5

6  Attorneys for Defendant
   OLAN MILLS, INC.
7
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIEL J. FULCHER, an individual, on behalf of himself and all persons similarly situated, | Case No.: 3:11-cv-01821-EDL (Class Action) |
| Plaintiff, | DECLARATION OF JENNIFER B. ROBINSON IN SUPPORT OF PARTIES' JOINT STIPULATION TO EXTEND DISCOVERY AND CASE MANAGEMENT DEADLINES |
| v. | |
| OLAN MILLS, INC.; and Does I through 50, | Mag. Judge: Hon. Elizabeth D. Laporte |
| Defendants. | |

I, the undersigned, certify and declare as follows:

1. I am an attorney with Littler Mendelson, P.C., attorneys of record for Defendant, Olan Mills, Inc. ("Olan Mills") in this action, and I have personal knowledge of the facts stated herein. If necessary, I could and would testify truthfully to the facts stated herein.

2. The complaint in this matter was originally filed in the Superior Court of California for the County of Alameda on February 22, 2011, and served on Defendant through its registered agent for service of process on March 17, 2011. (*See* Docket 3).

3. On April 14, 2011, Defendants removed the complaint to this Court. (*See* Docket Nos. 1, 3, 4).

- 1 -

4. On June 3, 2011, the parties entered into a stipulation to allow Plaintiffs to file a First Amended Complaint, which was ordered by the Court on June 6, 2011. (See Docket Nos. 14, 15).

5. On May 4, 2011, Defendant informed Plaintiffs' counsel of a prior matter filed against it, in which the same claims were alleged as the case at bar, and were settled and released by the parties through November 28, 2009.

6. Since May 4, 2011, the parties have agreed to try to settle the case at bar for the period beginning November 29, 2009 through "present" and are currently working to agree on the terms of the settlement.

7. Pursuant to Civil L.R. 6-2, the undersigned hereby declares that there have been no previous modifications to the Court's deadlines for ADR and discovery deadlines as set forth in its Order Setting Initial Case Management Conference and ADR deadlines dated April, 14, 2011. (*See* Docket 2).

8. An enlargement of time of the deadlines set forth in the Court's Order shall further the interest of the parties in order to settle this matter expeditiously and with judicial economy to both parties.

9. Therefore, pursuant to Civil L.R. 6-2, the undersigned, counsel for the Defendant, along with counsel for the Plaintiffs, have requested an enlargement of time of the deadlines outlined in the Court's Order at Docket 2, through their Joint Stipulation to Extend Discovery and Case Management Deadlines filed concurrently herewith.

DECLARATION OF JENNIFER B. ROBINSON (CV 11-1821 EDL)

I declare under the penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this the 29th day of June, 2011, in Nashville, Davidson County, Tennessee.

<u>s/ Jennifer B. Robinson</u><br>
JENNIFER B. ROBINSON

Firmwide:102540287.1 068219.1001

1  JENNIFER B. ROBINSON, Bar No. 148333
   LITTLER MENDELSON
2  A Professional Corporation
   3200 West End Ave., Suite 500
3  Nashville, TN  37203
   Telephone:     615.383.3033
4  Facsimile:      615.383.3323
   E-mail:  jenrobinson@littler.com
5
   Attorneys for Defendant
6  OLAN MILLS, INC.

7
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIEL J. FULCHER, an individual, on behalf of himself and all persons similarly situated, | Case No.: 3:11-cv-01821-EDL (Class Action) |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTEND DISCOVERY AND CASE MANAGEMENT DEADLINES **AS MODIFIED** |
| v. | Mag. Judge: Hon. Elizabeth D. Laporte |
| OLAN MILLS, INC.; and Does I through 50, | |
| Defendants. | |

The Court has reviewed the Parties' Stipulation to Extend Discovery and Case Management Deadlines, and the Declaration of Jennifer B. Robinson pertaining thereto.

- 1 -

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DISCOVERY AND CASE MANAGEMENT DEADLINES (CV 11-1821 EDL)

Good cause appearing therefore, it is hereby ordered that the Stipulation is granted and the Court hereby directs the Clerk to enter this order and amend the case management deadlines as follows:

Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan shall be changed from July 5, 2011 to September 2, 2011;

Last day to file ADR Certification signed by Parties and Counsel shall be changed from July 5, 2011 to September 2, 2011;

Last day to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be changed from July 5, 2011 to September 2, 2011;

Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement shall be changed from July 19, 2011 to September 16, 2011;

INITIAL CASE MANAGEMENT CONFERENCE shall be changed from July 26, 2011 to September 2~~3~~ 27, 2011, at 10:00 a.m. ~~or as soon thereafter as the Court has availability~~ (_____).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _July 5_____, 2011     _____
HONORABLE
United States 
Judge Elizabeth D. Laporte

- 2 -

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DISCOVERY AND CASE MANAGEMENT DEADLINES (CV 11-1821 EDL)